## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

**JOHN DOE**,

     Plaintiff,

vs.

**SYRACUSE UNIVERSITY, KENT SYVERUD**, individually and as an agent for Syracuse University, **PAMELA PETER**, individually and as an agent for Syracuse University, **SHEILA JOHNSON-WILLIS**, individually and as an agent for Syracuse University, **AND BERNERD JACOBSON**, individually and as an agent for Syracuse University,

     Defendants

No. 5:19-CV-1467 (TJM/ATB)

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

**Oral Argument Requested**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the Exhibits annexed thereto, Defendants Syracuse University, Kent Syverud, Pamela Peter, Sheila Johnson-Willis, and Bernerd Jacobson, will move this Court before the Honorable Thomas J. McAvoy at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York on April 13, 2020 at 10:00 AM, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice all claims asserted by Plaintiff John Doe for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that Defendants intend to file and serve Reply papers, and request the opportunity to orally argue this motion.

Dated: February 10, 2020

Respectfully submitted:

/s/ David W. DeBruin

David W. DeBruin (*pro hac vice*)
Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
JENNER & BLOCK LLP

1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
(202) 639-6015
ddebruin@jenner.com

Jeremy M. Creelan
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
(212) 891-1678
jcreelan@jenner.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court, to be served on all parties of record via the CM/ECF system.

By:     /s/ David W. DeBruin
        David W. DeBruin