IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**JOHN DOE**,

    Plaintiff,

vs.

No. 5:19-CV-1467 (TJM/ATB)

**SYRACUSE UNIVERSITY, KENT SYVERUD**, individually and as an agent for Syracuse University, **PAMELA PETER**, individually and as an agent for Syracuse University, **SHEILA JOHNSON-WILLIS**, individually and as an agent for Syracuse University, **AND BERNERD JACOBSON**, individually and as an agent for Syracuse University,

    Defendants

### **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties, that no party hereto is an infant or incompetent, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice and without costs or fees to any party.

*[Signatures and endorsement on following page]*

By: /s/ Seth J. Zuckerman

Seth J. Zuckerman (N.D.N.Y. Bar No. 700414)
Priya Chaudhry (*pro hac vice*)
CHAUDHRYLAW PLLC
45 West 29th Street, Suite 303
New York, NY 10001
Tel.: (212) 785-5558
szuckerman@chaudhrylaw.com

*Attorneys for Plaintiff*

By: /s/ David W. DeBruin

David W. DeBruin (*pro hac vice*)
Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
(202) 639-6015
ddebruin@jenner.com

Jeremy M. Creelan
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
(212) 891-1678
jcreelan@jenner.com

*Attorneys for Defendants*


SO ORDERED.

_____
Thomas J. McAvoy
Senior U.S. District Judge

Date:  December 1, 2020